Certificate Number: 17082-PAW-DE-040519297

Bankruptcy Case Number: 26-20004



17082-PAW-DE-040519297

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2026, at 12:02 o'clock PM MST, MARK C BONOMI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 17, 2026              By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director