IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Mark C. Bonomi, | : | Case No. 26-20004-GLT |
| Nicole A. Bonomi, | : | Chapter 13 |
| **Debtors** | : | |
| | : | |
| Mark C. Bonomi, | : | |
| Nicole A. Bonomi, | : | |
| **Movants** | : | |
| vs. | : | Related to Doc. #5 |
| | : | |
| Baldwin Borough, Pennsylvania Dept of Revenue, Select Portfolio Servicing, United Auto Credit Co, Whitehall Borough, Baldwin Whitehall School District, American First Finance, Ascendium Education Solutions, Aspire Credit Card, Credit One Bank, First Premier, Genesis FS Card Services, LVNV Funding, Resurgent Capital, Midland Credit Management, Quantum 3 Group, Comenity Bank, Spring Oaks Capital, US Dept of Education, Verizon, Duquesne Light Company, | : | **DEFAULT O/E JAD** |
| **Respondents** | : | |

### ORDER OF COURT

AND NOW, to wit, this ____21st____ day of ____January____, 2026, it is hereby Ordered, Adjudged, and Decreed that the Automatic Stay in the case of Mark C. Bonomi and Nicole A. Bonomi, is hereby EXTENDED beyond 30 days and shall continue in full force and effect until further Order of Court or dismissal of this case.

_____sjk_____
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
1/21/26 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-20004-GLT |
| Mark C. Bonomi | Chapter 13 |
| Nicole A. Bonomi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark C. Bonomi, Nicole A. Bonomi, 3005 Churchview Avenue, Pittsburgh, PA 15227-4142 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026                         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Joint Debtor Nicole A. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Mark C. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee on behalf of the certificateholders of the HSI Asset |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 21, 2026 | Form ID: pdf900 | Total Noticed: 1

    Securitization Corporation Trust 2007-HE2 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6