IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Mark C. Bonomi | ) | Case No. 26-20004 GLT |
| Nicole A,. Bonomi, | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | |
| Mark C. Bonomi | ) | |
| Nicole A,. Bonomi, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Alec Kidderman
932 Welfer Street
Pittsburgh, PA 15217

Janet Schuster
3943 Frederick Street
Pittsburgh, PA 15227

Yellow Book USA Inc.
700 S Henderson Rd,
King of Prussia, PA 19406

                              Respectfully submitted,

January 30, 2026                               /s/ Kenneth Steidl
DATE                                                   Kenneth Steidl, Esquire
                                                         Attorney for the Debtor(s)
                                                         STEIDL & STEINBERG
                                                         436 Seventh Avenue
                                                          Suite 322
                                                         Pittsburgh, PA  15219
                                                         (412) 391-8000
                                                         ken.steidl@steidl-steinberg.com
                                                         PA I.D. No.34965

**PAWB Local Form 30 (07/13)**