IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 26-20004-GLT |
| Mark C. Bonomi and | ) Chapter 13 |
| Nicole A. Bonomi, | ) |
| Debtors. | ) |
| | ) |
| | ) |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts


Please enter our appearance on behalf of Borough of Baldwin & Baldwin-Whitehall School District in the above captioned matter.  We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor.  All notices should be mailed to the following address:


**Borough of Baldwin & Baldwin-Whitehall School**
**District  GRB Law**
**Richard A. Monti, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**


Executed on:

March 11, 2026

GRB Law,

By:   /s/ Richard A. Monti
Richard A. Monti, Esquire
Pa I.D. No. 326414
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219
412-281-0587
RMonti@grblaw.com


2503144.1

Attorney for Movant

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for Borough of Baldwin & Baldwin-Whitehall School District, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)     That there are no other requests to receive notices on behalf of this creditor, or

( )     that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

<u>Executed on: March 11, 2026</u>

GRB Law,

By:     <u>/s/ Richard A. Monti</u>
        Richard A. Monti, Esquire
        Pa I.D. No. 326414
        525 William Penn Place
        Suite 3110
        Pittsburgh, PA 15219
        412-281-0587
        RMonti@grblaw.com
        Attorney for Movant

2503144.1